**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Joseph William Hendrix
Attorney at Law
617 Market Street
Shreveport LA 71101

**REHEARING ACTION: July 25, 2013**

**Docket Number: 13   00491-CA**

**RAYMOND SONNIER, ET UX.**
**VERSUS**
**JOHNATHAN BLAKE ROBERSON, ET AL.**

**Appealed from Sabine Parish Case No. 63,390**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. James T. Genovese**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Raymond Sonnier and Carolyn Sonnier** is:

**MOTIONS NOT CONSIDERED/APPEAL NOT RECONSIDERED.** This court's decision in the above captioned appeal was rendered on July 3, 2013. The appellants' Motion for Reinstatement of the Appeal, even if considered a Motion for Rehearing, was postmarked July 19, 2013, and, therefore was untimely filed. La.Code Civ.P. art. 2166. Further and for the same reason, we find the appellants' subsequent Motion for Rehearing filed on July 24, 2013, untimely.

cc: Daniel Thomas Murchison  Jr., Counsel for the Appellee